IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TINA MARIE SILVA REPKA, | ) | CASE NO.  3:19-cv-00807 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on June 8, 2020, the final decision of the Commissioner is **REVERSED and REMANDED**.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.


Dated: June 8, 2020               */s/ Kathleen B. Burke*
                                  Kathleen B. Burke
                                  United States Magistrate Judge